Carl E. HUBER and Oscar N. Gore, Plaintiffs-Appellants,

v.

STATE BOARD OF BAR EXAMINERS OF GEORGIA et al., Defendants-Appellees.

No. 71-1479

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 17, 1971.

Rehearing Denied Sept. 24, 1971.

Carl E. Huber, pro se.

Oscar N. Gore, pro se.

Arthur K. Bolton, Atty. Gen., State of Georgia, John W. Hinchey, Asst. Atty. Gen., Harold N. Hill, Jr., Executive Asst. Atty. Gen., Robert J. Castellani, Asst.

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of N.Y. et al., 431 F.2d 409, Part I (5th Cir. 1970).

Atty. Gen., William G. Sherrer, U. S. Atty., Atlanta, Ga., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1,2]

Philip E. Henderson, Houma, La., Harold J. Rhodes, Berwick, La., O'Neal, Henderson, Hanemann & Morris, Houma, La., for defendants-appellees.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. *See* NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

2. See Dacey v. Florida Bar, Inc., 414 F. 2d 195 (5th Cir. 1969) ; Smith v. State Board of Bar Examiners of Georgia and Defee v. Ravan, 447 F.2d 1312 (5th Cir. 1971).

